

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00122-CR

———————————————

Ex parte Martez Travon Vrana

On Appeal from the 78th District Court
Wichita County, Texas
Trial Court No. DC78-CV2020-1599

Before Sudderth, C.J.; Womack and Wallach, JJ.
Memorandum Opinion by Justice Womack

# MEMORANDUM OPINION

This is an appeal from the trial court's August 18, 2020 denial of Appellant Martez Travon Vrana's pretrial application for writ of habeas corpus seeking bail reduction related to an aggravated robbery charge. On August 26, 2020, Vrana filed his notice of appeal. On September 21, 2020, Vrana and the State filed a "Joint Motion to Dismiss Appeal" in this court. In the motion, the parties agree that on September 16, 2020, a grand jury declined to return an indictment for aggravated robbery, that a magistrate dismissed the aggravated robbery charge, and that Vrana is no longer being confined on that charge.

The longstanding rule in Texas regarding habeas corpus is that "where the premise of a habeas corpus application is destroyed by subsequent developments, the legal issues raised thereunder are moot." *Ex parte Guerrero*, 99 S.W.3d 852, 853 (Tex. App.—Houston [14th Dist.] 2003, no pet.) (per curiam) (citations omitted); *see also Ex parte Cook*, No. 02-19-00286-CR, 2019 WL 6335417, at *1 (Tex. App.—Fort Worth Nov. 27, 2019, no pet.) (mem. op., not designated for publication). Accordingly, we grant the parties' motion, and we dismiss Vrana's appeal as moot.

/s/ Dana Womack

Dana Womack
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: October 1, 2020